1  BENJAMIN B. WAGNER
   United States Attorney
2  MIA A. GIACOMAZZI
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                 IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            CASE NO.  1:14-CR-00246-LJO-SKO

12                      Plaintiff,       STIPULATION AND [PROPOSED] ORDER
                                         BETWEEN THE UNITED STATES AND
13              v.                       DEFENDANT JUAN ANTONIO
                                         SANTONIBELMIS
14  JUAN ANTONIO SANTONIBELMIS,

15                      Defendant.

16

17        WHEREAS, the discovery in this case contains a large amount of personal information including

18  but not limited to Social Security numbers, dates of birth, financial account numbers, telephone

19  numbers, and residential addresses ("Protected Information"); and

20        WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the

21  unauthorized disclosure or dissemination of Protected Information to anyone not a party to the court

22  proceedings in this matter;

23        The parties agree that entry of a stipulated protective order is appropriate.

24        THEREFORE, defendant SANTONIBELMIS, by and through his counsel of record i ("Defense

25  Counsel"), and plaintiff the United States of America, by and through its counsel of record, Assistant

26  United States Attorney Mia A. Giacomazzi hereby agree and stipulate as follows:

27     1. This Court may enter protective orders pursuant to Federal Rule of Criminal Procedure 16(d),

28        and its general supervisory authority.

STIPULATION AND [PROPOSED]                     1
ORDER

2. This Order pertains to all discovery provided to or made available to Defense Counsel as part of the discovery in this case (hereafter, collectively known as the "discovery").

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel and designated defense investigators and support staff. Defense Counsel may permit the defendant to view unredacted documents in the presence of his attorney, defense investigators and support staff. The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the defendant to copy Protected Information contained in the discovery. The parties agree that Defense Counsel, defense investigators, and support staff may provide the defendant with copies of documents from which Protected Information has been redacted.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States Government. Defense Counsel will return the discovery to the Government or certify that it has been destroyed at the conclusion of the case.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising the defendants, employees, other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

7. In the event that the defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order or the Court modifies this Order regarding such transfer of discovery.

IT IS SO STIPULATED.

BENJAMIN WAGNER
UNITED STATES ATTORNEY

Dated: 12/2/14

_Mia_

MIA A. GIACOMAZZI
ASSISTANT UNITED STATES ATTORNEY

STIPULATION AND [PROPOSED]
ORDER

2

Dated: 12/2/14                          _____
                                        JANET BATEMAN
                                        COUNSEL FOR DEFENDANT


## [PROPOSED] ORDER

On the basis of good cause, set forth herein, this Court ORDERS as follows:

1.      This Order pertains to all discovery provided to or made available to Defense Counsel as part of the discovery in this case (hereafter, collectively known as the "discovery").

2.      Defense Counsel shall not to share any documents that contain Protected Information with anyone other than Defense Counsel and designated defense investigators and support staff. Defense Counsel may permit the defendant to view unredacted documents in the presence of his attorney, defense investigators and support staff. The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the defendant to copy Protected Information contained in the discovery. The parties agree that Defense Counsel, defense investigators, and support staff may provide the defendant with copies of documents from which Protected Information has been redacted.

3.      The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States Government. Defense Counsel will return the discovery to the Government or certify that it has been destroyed at the conclusion of the case.

4.      Defense Counsel shall store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

5.      Defense Counsel shall be responsible for advising the defendants, employees, other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

///

///

///

///

STIPULATION AND [PROPOSED]                    3
ORDER

6.       In the event that the defendant substitutes counsel, Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order or the Court modifies this Order regarding such transfer of discovery.

Dated: _____12/2/14_____          _____

GARY S. AUSTIN
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED]
ORDER

4